UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                              )
                                    )
  OLIVER TREIBER CARTER, JR.        )   Case No. 16-10955-BFK
  KAREN ELAINE CARTER               )   Chapter 7
                                    )
        Debtors                   )

**ORDER SETTING EXPEDITED HEARING**
(Docket No. 16)

Upon consideration of the Debtors' motion for an expedited hearing (Docket No.16) on their Motion to Extend the Automatic Stay (Docket No. 15), it is

**ORDERED:**

1. The motion for an expedited hearing is granted, and a hearing on the Motion to Extend the Automatic Stay shall be held on **Thursday, April 7, 2016, at 9:30 a.m.** Counsel for the Debtors shall file and serve a notice of the hearing by close of business on **Monday, March 28, 2016**. Because of the shortened notice, the requirement of a written response to oppose the motion is waived, and any opposition may be presented at the hearing.

2. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Mar 29 2016

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge
Entered on docket: March 29, 2016

Copies to:

Brian Tucci, Esquire
   *Counsel for the Debtors*

Janet M. Meiburger, Esquire
   *Chapter 7 Trustee*