# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

IN RE:                                )
                                      )
OLIVER TREIBER CARTER, JR.            )   Case No. 16-10955-BFK
KAREN ELAINE CARTER                   )   (Chapter 7)
                                      )
         Debtors                      )

### ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

This matter comes before the Court on the Motion (the "Motion") of Oliver Treiber Carter, Jr. and Karen Elaine Carter, Debtors herein, requesting the Court to admit attorney David E. Lynn *pro hac vice* as the Debtor's general bankruptcy counsel.  Upon consideration of the Motion, the Application that is appended to and incorporated into the Motion, and any responses thereto, for good cause shown, it is, by the Court

ORDERED:   That the Motion is granted, and it is further

ORDERED:   That David E. Lynn is admitted *pro hac vice* as the Debtors' general bankruptcy counsel in this proceeding.

Date: Mar 29 2016

/s/ Brian F. Kenney

Brian F. Kenney, Judge
United States Bankruptcy Court
  for the Eastern District of Virginia

Entered on Docket: March 29, 2016

I ask for this:

 */s/ Brian A. Tucci*
Brian A. Tucci, Esq.
Goren & Tucci, LLC
7979 Old Georgetown Road, Suite 750
Bethesda, MD 20814
(301) 718-1892
*btucci@gorentuccilaw.com*
Virginia State Bar No.   79761

Local Rule 9022-1.C Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1.C.

*/s/ Brian A. Tucci*
Brian A. Tucci

PARTIES TO RECEIVE COPIES:

Brian A. Tucci, Esq.
Goren & Tucci, LLC
7979 Old Georgetown Road, Suite 750
Bethesda, MD 20814

David E. Lynn, Esq.
David E. Lynn, P.C.
15245 Shady Grove Road #465 N
Rockville, MD 20850

Mr. Oliver T. Carter, Jr.
Ms. Karen E. Carter
9504 Blythe Dale Court
Vienna, VA 22182-3366